No. 63150.—Lund Aviation, Inc. *v.* United States, protests 58/9113 and 58/11219 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

No. 63151.—Hudson Shipping Co., Inc. *v.* United States, protests 58/16277 and 58/20544 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

No. 63152.—Wood, Niebuhr & Co. *v.* United States, protest 58/16950 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63153.—Walborg Corporation *v.* United States, protest 58/17318 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63154.—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 58/18483 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63155.—Northeast Motor Rebuilders, Inc. *v.* United States, protest 58/18651 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63156.—Air Clearance Assn., Inc. *v.* United States, protest 58/19279 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63157.—Judson Sheldon International and National Carloading Corporation *v.* United States, protest 58/19303 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63158.—Frederic Henjes, Jr., Inc. *v.* United States, protest 58/19892 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.